15 A.3d 429

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donald REEL, Petitioner.**

**No. 163 EM 2010.**

Supreme Court of Pennsylvania.

March 11, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2011, the "Petition for Enlargement of Time to File Petition for Allowance of Appeal" is **DENIED.**